Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LORRAINE KUBIAK,<br><br>　　　　Defendant. | CASE: 6:12-MJ-0097-MJS<br><br>STIPULATION TO VACATE TRIAL DATE AND SET FOR PLEA AND SENTENCE; AND. ORDER THEREON<br><br>Court: U.S. District Court - Yosemite<br>Judge: Honorable Michael J. Seng |

　　IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, Defendant, Lorraine Kubiak, and her attorney of record, Andras Farkas, that the Bench Trial in the above-captioned matter currently scheduled for April 3, 2013 be vacated, and the matter be set for Plea and Sentence on April 3, 2013, at 10:00 a.m.


Dated: March 27, 2013　　　　　　　　　/s/ Matthew McNease
　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　Acting Legal Officer for
　　　　　　　　　　　　　　　　　　　National Park Service


Dated: March 27, 2013　　　　　　　　　/s/ Andras Farkas
　　　　　　　　　　　　　　　　　　　Andras Farkas
　　　　　　　　　　　　　　　　　　　Attorney for
　　　　　　　　　　　　　　　　　　　Lorraine Kubiak

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to vacate the Trial Date in *U.S. v. Lorraine Kubiak*, 6:12-mj-97-MJS, now set for April 3, 2013, and set the matter for entry of plea and sentencing on April 3, 2013, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The Trial set for April 3, 2013, is vacated.
2. The above-captioned matter is now set for entry of plea and sentencing on April 3, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 27, 2013    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE